Case numbers 21-1785, 21-1786, 21-1787, 22-1010 Timothy King et al v. Gretchen Whitmer et al All arguments to be, 30 minutes to be shared by appellants 30 minutes to be shared by appellees Ms. Sydney Powell to lead for the appellants Good afternoon. May it please the court, I'm Sydney Powell and I represent the appellants who are seeking the straightforward application of Rule 11, Section 1927 and the inherent authority of the court based on long-standing precedent all existing law. No extension of it is warranted on the record in this case We were a small group of extremely dedicated and hard-working lawyers who filed a complaint, although nothing is required to be attached to a complaint in terms of verification We, because of the sensitivity of the case, worked very hard and diligently to find experts, actually experts were coming to us explaining things to us that we didn't know ourselves from the data that they were collecting We talked to any number of witnesses We provided in support of the complaint 130 sworn affidavits, declarations, and expert reports to substantiate virtually every allegation we made in the complaint I don't know what more we could have possibly done to comply with Rule 11 We researched the law, the amicus brief filed in this case by Judicial Watch has done an excellent job of addressing some of the issues that the court raised in her TRO denial This case only lasted on the district court docket from our filing a total of 50 days We're two years late now being here because of all the sanctions litigation that took place Detroit is not entitled to Rule 11 sanctions It was not a party when the case was filed It moved to intervene And as this court held in Jackson you have to look at all the circumstances surrounding the situation look at it with reasonable objectivity and even a party has a duty to mitigate their expenses in response to a pleading they deem inappropriate I know there's a question about whether Detroit asked for certain kinds of sanctions the city But as far as the city's decision to intervene It would seem that they had a pretty good reason from their standpoint which was that the relief requested included not counting a great many ballots cast in the city They didn't create the relief requested and they felt they had to react to it So why shouldn't we treat them really just like any other party as opposed to somebody who kind of came to the nuisance as I think your brief says Without them as a proper party we simply wouldn't have been able to obtain the relief requested The motion would have been denied on that ground alone without them having to step in Correct me if I'm wrong There's obviously a large record here but they were not a party in the first instance They intervened They intervened primarily to seek sanctions That would imply that their presence wasn't necessary for the merits declaration or the relief You were mostly suing the governor or the state to get the state to do things with respect to certification So while Detroit might have raised claims as an intervener it wouldn't seem that when you say they had to be in the case No, they did not have to be in the case Okay, that's what I mean Yeah, they did not have to be in the case at all They voluntarily intervened But it wasn't gratuitous It wasn't somebody who just wanted to get in on the action As Judge Peckwood said, there was a real concern about their constituents' votes being counted Well, without us having sued the city of Detroit it wouldn't have been possible to award any relief to the city of Detroit And one of the cases I'm sorry, two Against the city of Detroit One of the cases that we cited talks about I think it's Keele out of the Second Circuit the propriety of denying a motion to intervene in these circumstances because the person couldn't get or any relief couldn't be awarded against them anyway They could have just waited until the case went away And the case was only alive in the district court for approximately 10 days including the Thanksgiving holiday weekend before the district court denied the temporary restraining order that we sought We didn't advocate any positions at all in the district court after that except to defend ourselves from the sanctions motions and we voluntarily dismissed the case on January 14th I guess, you know, on that point One question I mean, obviously a basis for the district court's sanction award in the court's order was the delay between the time namely December 14th when I think you when I say you, I mean the plaintiffs I'm not trying to personalize anything When the plaintiffs had told the district court and the Supreme Court December 14th, this becomes moved And then another month passes before these cases or this case is voluntarily dismissed And during that time they go ahead and prepare a motion to dismiss And so obviously that, you know that generates expenses on their part and now the court has ordered counsel in this case, to pay those So, I mean, what is the explanation for the one month delay after the time that counsel for this case said to the Supreme Court that it had become moved? To protect our right to appeal and the fact that there were issues that were still open including the possibility of this being capable of repetition yet evading review We had both an appeal pending in this court and one in the Supreme Court When did, I mean, you had a cert petition The court denied that Not until February 22nd Okay A month after we dismissed In fact, I was actually reluctant to dismiss when we did except for the fact that you know, the tide was going out on all the cases that had been filed We had opinions from different courts by then, that the litigation did not look like it was going to be successful and so we felt duty bound and did dismiss within the timeline of the Rule 11 Safe Harbor provision I'm sorry, is that correct? Correct me, as I understood it they filed the Rule 11 Safe Harbor letter on December 15th so the 21 days would have expired on January 5, I think, or 6 and then you did voluntarily dismiss it like 8 or 9 days later Did anything happen there to your benefit or otherwise that had you dismissed it 8 or 9 days earlier then presumably you wouldn't be here we wouldn't be here so it's not like, unless you can enlighten me something was saved from your point of view by waiting 9 more days to voluntarily dismiss If the court follows the strict compliance law established in this circuit and I think it's Ritter, Renz, Riddle I call them the R cases and Ray Rubin then the Safe Harbor letter was not enough that was sent on December 15th to trigger the benefits of sanctions if we did not dismiss in time They actually filed what they were What was deficient about it? It was essentially a recitation of Rule 11 It had no detail It didn't specify It did not give us any specifics whatsoever and we also, when we dismissed the court had extended time for us to address the motions to dismiss so we filed it before rather than filing responses to the motions In that request for extension of time to respond you didn't ask for an extension of time of the Safe Harbor which the rule does permit the district court to do Was that just an oversight? Yes Okay We might not be here then either Correct But we certainly filed it before anything was advocated other than the original complaint and this court's decisions also make clear that Section 1927 and Inherent Authority sanctions don't lie in the circumstances like that Like what again? Because all we did was file the complaint in the temporary restraining order We were not engaging in any sort of vexatious, harassing or multiplicitous acts of litigation in the district court whatsoever and under Beverly which is I think an Eastern District of Michigan decision and Ritter Yes, Ritter The court doesn't sanction under 1927 an Inherent Authority for the filing of a complaint As Justice Rehnquist wrote in his concurring decision and the name of the case escapes me People are entitled to file and defend cases without being hit with sanctions One question I wanted to ask you is I mean obviously this was time compressed If I recall the complaints filed on November 28th and you're asking the court to rule before December 8th because at that point at least that was your sense of when the case would become moot But the defendants weren't served with anything for five days after the filing of the complaint and the court eventually had to enter an order directing the plaintiffs to serve the defendants So what is the reason for Obviously every day would count in that short interval and you're asking that Donald Trump be declared the winner of the Michigan election So what happened there? Well, the primary relief we wanted was to secure the voting machines to enable us to do a forensic examination of them so we could get the evidence to put this to bed one way or the other I guess you didn't Apparently those are owned by the county, right? And I guess, did you not know that? I'm still not sure who actually controls the voting machines But the original complaint, when it got filed there was a software glitch and it was a disaster In Antrim County? No, I'm talking about the complaint itself When it was converted to PDF apparently it really jammed words together was essentially unreadable Hence the amended complaint and we served them frankly the same day that the judge entered that text order to do that and I can't explain why it wasn't served earlier than that other than the Thanksgiving holiday and the glitch in the filing of the complaint and all of that and we did decide we were wrong Actually Judge Pepper in Wisconsin decided we were wrong on the 8th being the cut-off date that she felt like it was closer to the or was the 14th and the more we delved in it the more it looked like that might not be right either since our primary assertion was one of fraud Okay, well your light's on I know you have 10 minutes for rebuttals Like I said, we're going to be kind of flexible today You're welcome Whoever's up next here? Good afternoon May it please the court My name is Paul Stablin I represent Lynn Wood and I have 4 minutes for argument How about it? So I'll try to cut to the chase and it really comes down to the fact that there was no evidence presented at the district court that Mr. Wood had either had a complaint or had any responsibility for the filing of the complaint the amended complaint Those are the only two documents of all the litigation that was completed before the voluntary dismissal There is evidence that he agreed that his name would be put on it So the signature So then the question becomes if the court's going to get to that point because I think that there was His statement was that he had had conversations with Ms. Powell and that he, if she needed a quote-unquote trial lawyer that he would be available He is not admitted in the Eastern District He is not admitted in the state of Michigan He is not, and therefore couldn't file His name was added as apparently as of counsel It's the designation that's on the complaint in the amended complaint That designation It's not a proper signature block I brought that up The fact is that there is no signature It's just listed his name with no signature But it was listed with his permission There was evidence that it was listed with his permission, right? I don't believe so Because the testimony during that We have one, not even testimony Because I couldn't call it an evidentiary hearing It was just the hearing that the court had It ordered all of the attorneys to appear And during that hearing The Mr. I'm sorry Mr. Wood made it clear that he was not had no responsibility for it that he had not authorized his name He had only had the conversation that he had had conversations with Ms. Powell and he would be available for a quote-unquote trial letter But Ms. Powell, I thought, testified that she would not have put his name on it had she not spoken with him and gotten his approval She says that But then later Ms. Powell says at the end that she her and Mr. Kleinhandler had full responsibility for everything that was filed in regard to the complaint the amended complaint That's a different issue If and I can go to the next question because he did not though his name may be on it there isn't any evidence that he had any responsibility for it that he had any understanding of what the allegations were in the complaint that he had any understanding about what was contained in the affidavit so that he had any input in drafting the complaint and therefore having no responsibility for it and again he has not signed it submitted it he had not filed it and he had not later advocated for it Is your argument here that the district court made a factual mistake basically in attributing any responsibility to your client for the filing of the complaint?  and I don't want to just limit it to the factual mistake it's the record is devoid of any any evidence that Mr. Wood had the responsibility for filing it that he drafted it that he had any input I mean that's all that's a factual mistake as you describe it there is but what about the tweets? you know sorry but what about the tweets? I mean we had Ms. Powell who as an initial matter said she wouldn't have put Mr. Wood's name on there if he had not given permission and then we had Mr. Wood's tweets apparently which I guess are part of the record here I didn't check that they were cited by the by the city in their brief and so I mean he seems to be more than taking responsibility he seems to be I mean you know one could say he's kind of boasting about it perhaps and so what do we make of that?  I'm sorry I did not no I don't mean to talk over you sir go ahead it's clear he had knowledge of the fact that the complaint had been filed it was reported in the media all over the country and did he not specifically say that I have represented the people in litigation in Michigan in one of the tweets or in one of the later statements in Delaware? in so nothing is attributed to Mr. Wood personally he did not say anything that would say that would that you could from which you could conclude that he represented elsewhere that he represented the plaintiffs in Michigan his attorney in Maryland apparently had said to the court there that he was involved in other jurisdictions counsel in a brief submitted in Delaware said Wood represented plaintiffs challenging the results of the 2020 election in Michigan is that a correct statement of that?  I understand oh yes that is the I believe the only representation in all of his tweets Mr. Wood had never indicated that he was a lawyer representing the plaintiffs in the Eastern District of Michigan so his lawyer in Delaware was simply incorrect?  do you think one could get that impression though from these tweets that he did have involvement? I mean you know I mean he didn't say I'm a lawyer obviously in those words but one reads those tweets and you know I mean is that is that unreasonable? would it be unreasonable for the district court to infer from those that he at least lent his name he's a prominent lawyer he lent his name to the case I believe that from those tweets it is apparent that he is a supporter of the various lawsuits that were filed all over the country and but again I don't think that you could make the leap and then sanction this lawyer and refer him for disbarment based upon the limited evidence that was presented to the court about his involvement was it correct that at some point he said he didn't know anything about this until you know June of the next year but the tweets pretty clearly show that he knew about it he knew that he was personally being attacked and filed against in December the tweets certainly show that and that tweet says that it was unfair to to go after him so he clearly maybe not directly relevant but his other later statements that he didn't know anything about it simply wrong correct I mean you could interpret know anything about it as being he didn't know the substance of it obviously he knew of the fact that the complaint had been filed I mean I'd like to ask you a question which is more hypothetical unrelated okay so if you have a lawyer who tells another lawyer yes put my name on the complaint and that's all those are the only facts and the district court concludes that that complaint is sanctionable are you saying that's not enough to hold the lawyer who said yes put my name on the complaint but didn't read it that's enough that's not enough to hold that lawyer responsible without other evidence I would say no evidence of what evidence of having some active involvement in the preparation of the complaint okay so there's no responsibility if you voluntarily put your name on something unless you were involved in drafting it when you are listed as of counsel you're not actually signing it because I don't see a  in this regard in this case and that hypothetical lawyer I don't believe could be sanctioned for a lot of the other you know there were a number of motions and responses and replies that were filed after the well we're not talking about that I mean we're talking about just the complaint with regard to your client I think that if if a lawyer agrees to have his name listed as of counsel and it is not an actual signature but listed as of counsel I don't believe that that lawyer should be sanctioned for everything that happens do you have anything do you have any cases supporting that or commentary or anything obviously a lot of in the court has had the opportunity to read all of the briefs but the case law is there isn't anything I don't think that finds that little involvement in sanctions a lawyer for it is there anything that says it's not sanctionable I don't believe that it those I don't believe that it is so if that's the fact that ever come up in something that minimal Moore vs. Wachovia granted it's an unpublished district court but the way I read that was potentially more favorable to you because the court said we're not going to sanction him for this and then we're going to sanction him because he was the lead counsel in that securities case is that a fair reading of that case yes judge it is and what um the and and more importantly you're talking about Shulman being the lawyer in that case and Shulman was appointed by the court had admittedly supervisory authority over all the lawyers that actually signed the  in fact they first went through several things and said no you're not sanctionable for this you're not for this but then one of the lead counsels one yes it was one issue that Ed had and it was something that was subsequent to the filing of the  and that the uh that they found that that was vexatious under section 1927 all right sir thank you thank you I don't have any time for rebuttal I just wanted to be clear okay yeah I mean if something comes up you feel you haven't had a chance to respond to let us know I will thank you good afternoon my name is Tim Galligan I represent attorney Emily Newman I have four minutes so I'm going to jump right in sure I'm actually just going to pick up where the questions left off because to some degree Emily Newman is in a similar situation there's no tweets but her name was on the complaint the first amendment complaint and the record is she had nothing else to do um it was on there with her knowledge I don't I don't believe that she asked for it but we're not contending it wasn't there but our position is legally that is insufficient and the basis for that position is twofold first I'll start with rule 11 rule 11 sets forth the minimal involvement of a lawyer it sets forth in two areas one you have to present or you have to be responsible for the violation so if you run it through the presenting there's a list of four there there's not a catch all it's four file submit sign or later advocate uh the name Emily Newman under of council is not a signature today's day and age signature is backslash S backslash she didn't sign I don't believe in their brief keep referring to it as her signature block but it really isn't yeah I think that's the aggressive advocacy uh somebody else's signature it's a block it's not her signature the parent it's not there are other places what I would call a signature block Ms. Powell for example agreed so we can take that up with them but on the responsible part does that in effect in this kind of situation require the district judge to parse uh what went on in the filing in the drafting and so on of the uh complaint let's say in order uh that is if on the one hand she participated in drafting the offending parts that's one thing on the other hand if she wrote about jurisdiction that nobody argues about you would say that doesn't make you responsible for everything else in the brief I believe the answer is absolutely yes the district court cited Morris versus Wakolia 2007 on published Eastern District for the proposition that standard alone her name of counsel is enough to make her responsible that is not what that case held   that the name of counsel standing alone is enough to make her responsible for the purposes of rule 11 you would say lending one's name to a pleading just simply falls outside of the two categories in rule 11 that create culpability for a counsel I do your honor it might be something that one might say is regrettable or bad but it's not sanctionable under the terms of rule 11 is your argument 1927 if she hasn't done anything further she's not vexatiously multiplying I'm trying to make sure I  your  not offering conclusions it's exactly my  in terms of digging in what her role was two lawyers at the hearing  she have a role in summarizing as I understand it she obtained one of the affidavits from the statistician did she have a role in summarizing what that           was  explanation was it was more review assembly and largely administrative back office I don't her statement or her lawyer statement was not that she had a substantive role it was definitely clear she did not draft the  affidavit  said that if you review it and sort of approve it that's not enough I don't think it would make her responsible or any lawyer responsible for what the sanction pleadings are here which is the complaint and first amendment complaint that was what was sanctioned the question is under rule 11C is she responsible for that the inquiry being advisory committee notes did she have a part in  that sanction and I don't believe assembly or review and even communication about getting the affidavit has any  significance with that complaint itself because again the sanctions were on the  the sanctions were violating rule 11 so the inquiry has to be what was her part in the  but reviewing the  doesn't have any consequence or any significance I don't believe the record was she reviewed the complaint she reviewed an affidavit but even that she didn't draft it everybody who looks at a  is not what rule 11C is supposed to be capturing I'm confused about the affidavit I thought she was the one who obtained that affidavit from the statistician expert she did your honor what I'm trying to draw the distinction between is drafting the complaint coming up with strategy decisions those I think are getting closer to responsibility as opposed to what I believe you're describing is communications with the statistician obtaining the affidavit and back off as administrative communications wouldn't partly issue be if I obtained the affidavit and I write it up and lie about what's in it I'd be responsible if I obtained the affidavit and passed it on to the people writing the brief you would say I'm not responsible would you agree with that as a rubric of the distinction I would your honor I would I think the latter is a self in the record what did you  with the affidavit and obtained the affidavit but it was abundantly clear her and  drafters she didn't draft the  if she even drafted this part of the  I remember the stuff about the alleged military expert and some of the things in the brief that misstated that badly but I was just  whether you had any view about whether there was anything that she did vis-a-vis that affidavit that is charged as sanctionable conduct? My answer would be that what was sanctioned was the complaint and I don't believe what was sanctioned was anything that came from that affidavit.  affidavit are we talking about just so I'm clear? Which expert? Is this one of the people that                           was         strategy that was to be used. I assure you but maybe are you saying that local council is not subject to rule 11 for that which is communicated by the local  I looked at it from my oath and a client's ability to have any attorney that they want. The client had hired Mr. Klein Hendler and Ms. Powell and I was a contract attorney working for Mr. Klein and I                            would like to  that       We have an obligation not to put our client in a bad position. With drawing and distracting Miss Powell and    have put the client in a worse position.  further? Thank you. Thank you. Okay, I guess we'll hear from the other table at  Good afternoon, Assistant Attorney General Heather Meinges on behalf of the state defendants and we will      Court will be sharing our time for 20 minutes for Mr. Fink with the City of  This Court should have a chance     Fink has to                     be  this room for 20   Mr. Fink with the City of This  should have a chance for Mr. Fink with     the City of This Court should have a chance for Mr. Fink with  City   Court should have a chance for Mr. Fink with the    City    should               a chance for Mr. Fink with the   City         Mr.     of This Court  have a chance for   with the City of This Court should             should have a  for  Fink with the City of This Court should have a chance  Mr.                         Fink  the              City of This City of   should have a chance Fink with the City   Court Court should have a  for    the    City      a chance for Mr. Fink with the City of This Court  have of This Court should      Fink with the    Court should have a     with the  City of   City of  Court should have a  for Mr. Fink City of This Court   a chance chance for Mr.              Fink       should  a  chance for         Fink    of  Court should have    should  a          Court  have a chance for  Fink  the   City    should chance  for Mr. Fink             Fink   City of This Court should  a This Court should  a chance for     for Mr.         Fink  City of This Court  have a chance for Mr. Fink  City      Fink     should have a chance  for  Fink City of This Court should have a chance  Mr. Fink        chance   Fink      have a chance for a chance for  Fink City of a chance  Mr. Fink City of This Court should have a chance for  Fink City of This Court should have a chance for Mr. Fink  of  Court should      Fink      have a chance for Mr. Fink City of This Court should have a chance  Mr.            Fink     should have a       chance for Mr. Fink           Fink     should  a chance      for Mr. Fink           Fink     should have a    Court   a        chance for Mr.   of         Fink   This Court should have a chance      for Mr.      should    Fink    Court should have a        chance for Mr.         chance  Mr. Fink City   Court should have a        chance for Mr.                 should have a chance a                            chance for Mr.                           Mr. Fink a  for            Mr. Fink City chance      for Mr. Fink      have a chance This Court should have  chance for Mr.      for Mr. Fink                should have a chance for  Fink  of This Court should chance for Mr.                         Fink    Court should for Mr. Fink  of This Court should have a chance for Mr. Fink   This  Mr.  City      a chance        should        have a chance           chance for of      chance  for Mr.                           Fink      a chance for Mr.      have a  for Mr.  of        this Court should have a chance for Mr. Fink    should have a chance for Mr. Fink of   should       have a chance for Mr. Fink of this Court should have a chance for Mr. Fink of   should         have a  for Mr.           Fink   Court should have                                       Court